# MANDATE

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

**FILED**

Roseann B. MacKechnie
CLERK

2005 MAY 31  P 2: 51

U.S. DISTRICT COURT
NEW HAVEN, CT

Date:                  5/23/05
Docket Number:         02-2466-pr
Short Title:           Barton v. Ashcroft
DC Docket Number:      01-cv-881
DC:                    DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge:              Honorable Gerard Goettel

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 23rd day of May, two thousand five.

SHELDON ANDRE BARTON,

  Petitioner-Appellant-cross-Appellee,

v.

JOHN ASHCROFT, United States Attorney General; KEVIN ROONEY, Commisioner; JOHN WEISS, Director; CHRISTINE G. DAVIS, District Director; UNITED STATES DEPARTMENT OF IMMIGRATION AND NATURALIZATION, ; DEPT. OF JUSTICE, United States Department of Justice,

  Respondent-Appellee-cross-Appellants.

A scheduling order in accordance with the *Civil Appeals Management Plan* of this court having been entered therein, requiring the record on appeal, the appellant's brief and the joint appendix to be filed on or before the dates stated on the scheduling order, and also providing that in the event of default by the appellant the appeal shall be dismissed forthwith, and it appearing that the appellant has so defaulted,

Upon consideration of the appeal herein it is **ORDERED** that the appeal be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
       DEPUTY CLERK

For the Court,
Roseann B. MacKechnie, Clerk

By: Frank Perez
Deputy Clerk

Certified:     MAY 23 2005